

**THE CITY OF NEW YORK**

| MICHAEL A. CARDOZO | **LAW DEPARTMENT** | D. ALAN ROSINUS |
| Corporation Counsel | 100 CHURCH STREET | phone: 212-788-8316 |
| | NEW YORK, NY 10007 | fax: 212-788-0940 |
| | | email: arosinus@law.nyc.gov |

July 7, 2008

**BY HAND**

Hon. Shira A. Scheindlin
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1620
New York, New York 10007

    Re:  <u>Derrick James v. C.O. Hernandez et al.</u>,
          08 Civ. 4293 (SAS)

Dear Judge Scheindlin:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Michael A. Cardozo, assigned to represent Defendants in the above captioned matter. I write to respectfully request a 30 day extension of time for Defendants to respond to the Complaint, from July 9, 2008 until August 8, 2008.

      The additional time will enable our office to investigate Plaintiff's factual allegations and legal claims, to handle any representation issues, and to prepare Defendants' response to the Complaint.

      This is the first request for an extension of time to respond in this matter. As plaintiff is proceeding pro se ~~and is currently incarcer~~ated upstate, it was not feasible to obtain his consent to this request.

*Defendants' request is granted. Defendants' time to respond to the Complaint is extended to August 8, 2008.*

*Dated: New York, New York*
*July 8, 2008*

SO ORDERED:

*Shira A. Scheindlin*
U.S.D.J.

        Thank you for your consideration of this request for an extension of time to respond to the Complaint until August 8, 2008.

Respectfully,

David A. Rosinus, Jr. (DR 2311)
Assistant Corporation Counsel

cc:    By overnight mail
       Derrick James
       #08-A-2148
       Upstate Correctional Facility
       P.O. Box 2001
       Malone, New York 12953